IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOANN MITCHELL, *as the Administratrix of the Estate of Davieon Williams*, | ) ) ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | CASE NO. 2:18-cv-769-ECM (WO) |
| JOSEPH HEADLEY, *et al.,* | ) ) | |
| Defendant. | ) | |

## **ORDER**

On November 21, 2019, the Plaintiff filed an amended complaint (doc. 28), beyond the deadline set by the Uniform Scheduling Order (doc. 27). Moreover, the Plaintiff filed the amended complaint without leave of the Court or the opposing party's written consent in contravention of Fed. R. Civ. P. 15(a)(2) ("In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave."). Accordingly, it is

ORDERED that the Plaintiff's amended complaint (doc. 28) is STRICKEN for the Plaintiff's failure to comply with Fed. R. Civ. P. 15.

DONE this 22nd day of November, 2019.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE