**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| JOANN MITCHELL, as administratrix of the Estate of Davieon Williams, | ) ) ) | |
| Plaintiff, | ) ) | Case No.: 2:18-cv-769-ECM-KFP |
| v. | ) ) | |
| JOSEPH HEADLEY, *et al.*, | ) ) | |
| Defendants. | ) | |

**MOTION TO WITHDRAW AS COUNSEL**

**COMES NOW** the undersigned, Paul H. Rand, and hereby respectfully moves to withdraw as counsel for the Defendant, and as grounds states the following:

1.      The undersigned is currently counsel of record for the Plaintiff.

2.      The undersigned is no longer associated with Zarzaur Law LLC.  Accordingly, the undersigned requests that he be allowed to withdraw as counsel for the Plaintiff in this action.

3.      The undersigned's withdrawal will not prejudice the Plaintiff, who will continue to be represented by Mr. Zarzaur, Mr. Mujumdar, and Ms. Wiginton, nor will it cause any delay in the adjudication of this matter, as the Plaintiff is represented by other counsel.

WHEREFORE, premises considered, the undersigned respectfully moves this Honorable Court to enter an Order removing Paul H. Rand as counsel of record.

Respectfully submitted on this date, September 18, 2020.

*/s/Paul H. Rand*
Paul H. Rand (RAN023)
*Attorney for the Defendant*

1

**OF COUNSEL:**
Rand Legal Services
1500 13th Place South
Birmingham, Alabama 35205
T: 205.210-9197
E: paul@randlegalservices.com

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing via the Court's electronic filing system on this date, September 18, 2020, which will cause service upon all counsel of record.

/s/*Paul H. Rand*
Paul H. Rand
*Attorney for the Defendant*