# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| JOANN MITCHELL, as the Administratrix of the Estate of DAVIEON WILLIAMS, <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH HEADLEY, *et al.*, <br><br> Defendants. | Case No. 2:18-CV-769-ECM-KFP |

## JOINT NOTICE REGARDING SETTLEMENT CONFERENCE

COME NOW, the Parties and hereby respectfully submit this joint notice regarding a settlement conference:

Prior to the deadline for the conducting a settlement conference, the Parties reached an agreement resolving Plaintiff's claims in this matter and since that time the Parties have continued to work to finalize the necessary details related to that resolution.

The undersigned counsel for the Plaintiff appreciates the importance of complying with the Court's deadlines and regrets his failure to file the notice as previously ordered by the Court.

On April 27, 2022, during the Parties most recent discussion related to the terms of the agreement resolving this case, the Parties discussed the timely filing of the settlement conference notice. In that discussion, counsel for the Defendants

requested to participate in the drafting and filing of any such notice.

If not otherwise dismissed by stipulation, the Parties will report on the status of this agreement resolving this matter within thirty (30) days.

Respectfully submitted this 3rd day of May, 2022.

                                          */s/ William R. Lunsford*
                                          William R. Lunsford
                                          *Attorney for Jefferson Dunn*

William R. Lunsford
**MAYNARD, COOPER & GALE, P.C.**
655 Gallatin Street
Huntsville, Alabama 35801
Telephone: (256) 551-0171
Facsimile: (256) 512-0119
blunsford@maynardcooper.com

                                          */s/ Ben Albritton*
                                          Ben Albritton
                                          *Attorney for Joseph Headley, Grantt Culliver, and Walter Posey*

Ben Albritton
**ALABAMA ATTORNEY GENERAL'S OFFICE**
501 Washington Avenue
Montgomery, AL 36103
Telephone: (334) 353-4484
ben.albritton@alabamaag.gov

                                          */s/ Gregory Zarzaur*
                                          Gregory Zarzaur
                                          *Attorney for Plaintiff*

Gregory M. Zarzaur
Denise Wiginton
**THE ZARZAUR LAW FIRM**
2332 2nd Avenue North
Birmingham, AL 35203
Telephone: (205) 983-7985
Fascsimile: (888) 505-0523
gregory@zarzaur.com
denise@zarzaur.com

Anil A. Mujumdar
PO Box 365
Birmingham, AL 35201
Telephone: (205) 410-1185
anil@dagneylaw.com