IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOANN MITCHELL, as the Administratrix of the Estate of DAVIEON WILLIAMS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIV. ACT. NO. 2:18-cv-769-ECM |
| JOSEPH HEADLEY, *et al.*, | ) ) ) | |
| Defendants. | ) | |

**O R D E R**

On May 3, 2022, the parties informed the Court that a settlement has been reached in this case. (Doc. 78). Accordingly, it is

ORDERED that this case is DISMISSED with prejudice. Any party may, for good cause shown, reopen this action within thirty (30) days from the date of this Order. Costs are taxed as paid. It is further

ORDERED that all deadlines are terminated, and all motions are denied.

Done this 5th day of May, 2022.

                                              /s/ Emily C. Marks
                                              EMILY C. MARKS
                                              CHIEF UNITED STATES DISTRICT JUDGE